UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:21-cv-01224-NEB-KMM

Retire Young, Inc., et al.,

    Plaintiff(s),

vs.

AFFIDAVIT OF SERVICE

Fiserv, Inc.,,

    Defendant(s).

PRO LEGAL SUPPORT SERVICES, INC.

I, Anthony DiBrito, state that on May 19, 2021, at 11:00 am, I served a copy of the Summons and Complaint with Exhibits in the above entitled action upon Fiserv, Inc., d/b/a CardConnect, c/o Registered Agent, Corporation Service Company therein named, at 8040 Excelsior Dr Suite 400, Madison, WI 53717, in the County of Dane, by handing to and leaving with Jessica Ritzke (Customer Service Agent) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Wisconsin
In the county of: Waukesha

Dated: May 19, 2021

Anthony DiBrito
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com